June 25, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JAYPAL C. REDDY A/K/A JAIPAL C. REDDY AND APARNA
CHERUKUPALLI, Appellants

NO. 14-15-00305-CV                              V.

NARASIMHA REDDY CHANDAMURI, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 17, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Jaypal C. Reddy a/k/a Jaipal C. Reddy and Aparna Cherukupalli.

We further order this decision certified below for observance.